AO 442 (Rev. 11/11) Arrest Warrant

8835940

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

UNDER SEAL

| United States of America | ) |
| v. | ) Case: 20-mj-00011 |
| JENNIFER G. HERNANDEZ | ) Assigned To : Judge Deborah A. Robinson |
| | ) Assign. Date : 1/17/2020 |
| | ) Description: RULE 5 - (EDVA) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jennifer G. Hernandez
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Pretrial Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Please see attached Petition.

Date: Dec. 17, 2019

/s/ John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

City and state:   Alexandria, VA

John F. Anderson, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/17/19, and the person was arrested on *(date)* 1/17/20
at *(city and state)* WASHINGTON DC

Date: 1/17/20

*Arresting officer's signature*

*Printed name and title*