UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

SEALED

U.S.A. vs. Jennifer G. Hernandez                                                          Docket No.

Addendum to
Petition for Action on Conditions of Release
dated December 17, 2019

As of this writing, the warrant issued on December 17, 2019 remains active and sealed.

**CONDITION OF RELEASE 3:   DO NOT PHYSICALLY APPEAR AT CIA BUILDINGS OR PROPERTY.**

On December 23, 2019, the U.S Attorney's Office advised the defendant reported to CIA Headquarters on that same date. As officers were able to convince the defendant to leave the premsis, she did not receive new criminal charges. However, the defendant did receive another written warning directing her to remain off all CIA property.

BE/smk

| | |
|---|---|
| **ORDER OF COURT**<br><br>Considered and ordered this **2ND** day of **Jan.**, **2020**, that the petition previously issued be amended and that this addendum be ordered filed and made part of the record in the above case.<br>/s/<br>John F. Anderson<br>United States Magistrate Judge<br><br>John F. Anderson<br>U.S. Magistrate Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on:<br><br>*Bethany Erding*   Bethany Erding<br>                         2020.01.02 15:21:43 -05'00'<br><br>Bethany Erding<br>Senior U.S. Probation Officer<br>(703) 299-2305<br><br>Place: Alexandria, Virginia |

Case: 20-mj-00011
Assigned To : Judge Deborah A. Robinson
Assign. Date : 1/17/2020
Description: RULE 5 - (EDVA)